[No. 39284-4-II.  Division Two.  July 7, 2010.]

JARNAIL MAAN, *Respondent*, v. ANTHONY G. MALELLA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-2-06264-1, John P. Wulle, J., entered April 30, 2009. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Van Deren, J.

[No. 40365-0-II.  Division Two.  July 7, 2010.]

*In the Matter of the Dependency of* A.L.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. L.V., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-7-00167-3, Dave Edwards and Gordon Godfrey, JJ., entered January 13, 2010. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.

[No. 63235-3-I.  Division One.  July 12, 2010.]

*In the Matter of the Personal Restraint of* GAIL MARIUS GABRIEL, *Petitioner*.

Petition for relief from personal restraint. *Transferred* to the Supreme Court by unpublished opinion per Leach, A.C.J., concurred in by Appelwick and Schindler, JJ.

[No. 63298-1-I.  Division One.  July 12, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY ALLAN ZIERMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-01544-7, Larry E. McKeeman, J., entered March 12, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Leach, A.C.J., and Ellington, J.